ISRAEL J. ROGERS, Respondent, *v.* THE LONG ISLAND RAILROAD COMPANY, Appellant.

(Argued March 1, 1872; decided April 2, 1872.)

*H. W. Bookstaber* for the appellant.

*Ira H. Tuthill* for the respondent.

APPEAL dismissed on authority of *Wright* v. *Hunter* (46 N. Y., 409) and *Sands* v. *Crooke* (46 id., 564).